### 13047.  MAXWELL v. THE STATE.

BROYLES, C. J.  1. Relationship of a juror within the prohibited degree to the defendant is not cause for a new trial in a criminal case, although the relationship was unknown to the defendant or his counsel until after the verdict.  *McCrimmon* v. *State*, 126 *Ga.* 560 (2) (55 S. E. 481).

2. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for a new trial.

> *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
> Decided January 17, 1922.

Indictment for possessing intoxicating liquor; from Wilkes superior court — Judge Shurley. September 29, 1921.

*William Wynne, Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.